MICHELLE B. HEVERLY [SBN 178660]
LITTLER MENDELSON, P.C.
50 West San Fernando Street, 15th Floor
San Jose, CA 95113
Phone: (408) 998-4150
Fax: (408) 288-5686
Email: mheverly@littler.com

DOV M. GRUNSCHLAG [SBN 42040]
MICHELLE Q. CARTER [SBN 184005]
CARTER CARTER FRIES & GRUNSCHLAG
44 Montgomery Street, Suite 2500
San Francisco, CA 94104
Phone:  (415) 989-4800
Fax:  (415) 989-4864
Email: dgrunschlag@carterfries.com

Attorneys for Defendants
CLEANSOURCE, INC., ET AL.

**E-Filed 12/17/08**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES L. GARCIA,          )<br>                           )<br>            Plaintiff,       )<br>                           )<br>     vs.                   )<br>                           )<br>CLEANSOURCE, INC., ET AL. )<br>                           )<br>            Defendants.    )<br>                           ) | Case No. C 08-04506 JF (PVT)<br><br>**STIPULATION & [PROPOSED] ORDER REGARDING MEDIATION; ALLOWING THE FILING OF A COUNTERCLAIM; AND RE-SETTING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

      This matter is currently set for a Case Management Conference on February 6, 2009 at 10:30 a.m. in Courtroom 3 of the above-entitled Court.  The parties wish to mediate this matter prior to engaging in formal disclosures and other required court proceedings, in an effort to resolve the matter with a minimum expenditure of time and expense, while also preserving the parties' rights if the case is not settled.  The parties and their counsel therefore believe it would be in the interests of the parties and of judicial efficiency and economy to allow the parties to

1

mediate the matter, allow the Defendant to file a counterclaim, and to re-set the Case Management Conference and affiliated deadlines to date(s) after the mediation has been held.

Therefore, the parties hereby jointly stipulate as follows:

1. That the matter will be mediated pursuant to the Northern District of California's ADR mediation program (ADR Local Rule 6), with the goal of completing the mediation by the end of January, 2009.
2. That the Defendant will provide the documents that Plaintiff has requested by letter on or before December 22, 2008.
3. That the Defendant be allowed to file an amended answer which includes a counterclaim in the form attached hereto.
4. That the Case Management Conference be re-set to a date in or after February, 2009.
5. That all F.R.C.P. deadlines be re-set to coincide with the new Case Management Conference date.

IT IS SO STIPULATED.

Dated: December 16, 2008   _____
Stephan A. Barber
Attorney for Plaintiff

Dated: December 16, 2008   _____
Dov M. Grunschlag
Attorney for Defendant

I, Dov M. Grunschlag, do hereby attest that concurrence in the filing of this stipulation has been obtained from the other signatory.

WITH GOOD CAUSE SHOWN:

1. The above-entitled action is hereby ordered to mediation pursuant to Rule 6 of the ADR Local Rules of the United States District Court for the Northern District of California; such mediation to be completed by January 31, 2009.

1  2. Defendant shall file an amended answer and counterclaim in the form attached hereto on or before January 31, 2009.

3. The Case Management Conference is hereby re-set for __February 20__, 2009 at 10:30 a.m. in Courtroom 3.

4. The following deadlines are hereby re-set as follows:

    a. __February 6__, 2009: Last day to meet and confer re: initial disclosures, early settlement, and discovery plan;

    b. __February 13__, 2009: Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report, and file Case Management Statement per the San Jose General Standing Order Regarding Case Management in Civil Cases.

IT IS SO ORDERED.

Dated: 12/17/08

_____
THE HON. JEREMY FOGEL
Judge, U.S. District Court
Northern District of California

3

Stipulation Re: ADR, Counterclaim, Case Management
Case No. C 08-04506 JF (PVT)