STEPHAN A. BARBER (SBN 70070)
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, CA 95113
Telephone: (408) 287-6262
Facsimile: (408) 918-4501
Email: sbarber@rmkb.com

\*\*E-Filed 2/3/09\*\*

Attorneys for Plaintiff
JAMES L. GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | |
|---|---|
| JAMES L. GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>CLEANSOURCE, INC. and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. C 08-04506 JF (PVT)<br><br>STIPULATION AND [PROPOSED] ORDER RE-SETTING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES |

This matter is current set for a Case Management Conference on February 20, 2009 at 10:30 a.m. in Courtroom 3 of the above-entitled Court. The parties have stipulated to mediation and are waiting for the Court to appoint a mediator, with the hope of holding the mediation in February, 2009.

Therefore, the parties hereby jointly stipulate as follows:

(1) That the matter will be mediated pursuant to the Northern District of California's ADR mediation program (ADR Local Rule 6), with the goal of completing the mediation by the end of March, 2009.

(2) That the Case Management Conference be re-set to a date on or around April 20, 2009.

(3) That all F.R.C.P. deadlines be re-set to coincide with the new Case Management

RC1/5248033.1/BL1 - 1 - CASE NO. C 08-04506 JF (PVT)

STIPULATION AND [PROPOSED] ORDER RE-SETTING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES

Conference date.

  (4) That GARCIA's response to CLEANSOURCE's counter-claim shall be filed and served 10 days before the next Case Management Conference.

  IT IS SO STIPULATED.

Dated: January 29, 2009    ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
STEPHAN A. BARBER
Attorneys for Plaintiff
JAMES L. GARCIA

Dated: ~~January~~ February 2, 2009  CARTER CARTER FRIES & GRUNSCHLAG

By: _____
DOV M. GRUNSCHLAG
MICHELLE Q. CARTER
Attorneys for Defendant
CLEANSOURCE, INC.

WITH GOOD CAUSE SHOWN:

  (1) The above-entitled action is hereby ordered to mediation pursuant to Rule 6 of the ADR Local Rules of the United States District Court for the Northern District of California; such mediation to be completed by March 31, 2009.

  (2) The Case Management Conference is hereby re-set for __April 24__, 2009 at 10:30 a.m. in Courtroom 3.

  (3) The following deadlines are hereby re-set as follows:

    a. __per FRCP__, ~~2009:~~ Last day to meet and confer re: initial disclosures, early settlement, and discovery plan;

    b. __per FRCP__, ~~2009:~~ Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report, and file Case Management Statement per the San Jose General Standing Order Regarding Case management in Civil Cases.

  (4) That GARCIA's response to CLEANSOURCE's counter-claim shall be filed and

RC1/5248033.1/BL1    - 2 -    CASE NO. C 08-04506 JF (PVT)
STIPULATION AND [PROPOSED] ORDER RE-SETTING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES

1  served 10 days before the next Case Management Conference.
2     IT IS SO ORDERED.
3  Dated: 2/3/09
                                    _____
4                                   THE HON. JEREMY FOGEL
                                    Judge, U.S. District Court
                                    Northern District of California

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

RC1/5248033.1/BL1                         - 3 -                    CASE NO. C 08-04506 JF (PVT)
STIPULATION AND [PROPOSED] ORDER RE-SETTING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES